*Form OL241* (3/23)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
|     Matthew Delre | ) | Case No. 25−14069−pmm |
| | ) | |
| | ) | |
|     Debtor(s). | ) | Chapter: 13 |
| | ) | |
| | ) | |

## ORDER

      AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated October 8, 2025, this case is hereby DISMISSED.

*Patricia M. Mayer*

**Date: October 24, 2025**

          Patricia M. Mayer
          Judge, United States Bankruptcy Court

Missing Documents:
Atty. Disclosure Statement
Ch. 13 Statement of your current monthly income & calculation of commitment period form 122C−1
Means test calculation form 122C−2
Ch. 13 plan
Schedules AB−J
Statement of financial affairs
Summary of assets & liabilities