Case 25-14069-pmm    Doc 11    Filed 10/26/25    Entered 10/27/25 00:38:46    Desc Imaged
Certificate of Notice    Page 1 of 3

United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-14069-pmm |
| Matthew Delre | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 24, 2025 | Form ID: pdf900 | Total Noticed: 11 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 26, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Matthew Delre, 1334 Fairmont Street, Whitehall, pa 18052-6014 |
| 15061817 | + | Mission Servicing Residential, C/O Matthew Fissel, 701 Market Street, Ste. 5000, Philadelphia, PA 19106-1541 |
| 15058611 | | Ppl Electric Utilities Corpora, 501 Greene St, Augusta, GA 30901-4404 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Oct 25 2025 00:45:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Oct 25 2025 00:45:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 15058604 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 25 2025 00:52:41 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 15058605 | + | Email/Text: compliance@contractcallers.com | Oct 25 2025 00:45:00 | Cci/Contract Callers Inc, Attn: Bankruptcy Dept, 501 Greene St Fl 3, Augusta, GA 30901-4415 |
| 15058606 | + | Email/Text: compliance@contractcallers.com | Oct 25 2025 00:45:00 | Contract Callers Inc, 501 Greene St, Augusta, GA 30901-4415 |
| 15058607 | | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Oct 25 2025 00:45:00 | Goldman Sachs Bank USA, PO Box 6112, Philadelphia, PA 19115-6112 |
| 15058608 | | Email/Text: LC-Bankruptcy-RF@loancare.net | Oct 25 2025 00:45:00 | Loancare LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 15060127 | ^ | MEBN | Oct 25 2025 00:40:09 | Mission Servicing Residential, Inc., C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 8

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15058609 | | M1f/mazdafinsv/defi/tm |
| 15058610 | | Mazda Financial |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

District/off: 0313-4 | User: admin | Page 2 of 2
Date Rcvd: Oct 24, 2025 | Form ID: pdf900 | Total Noticed: 11

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 26, 2025    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 24, 2025 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| JOHN EVERETT COOK | on behalf of Debtor Matthew Delre bankruptcy@everettcooklaw.com g29494@notify.cincompass.com;cook.everettb129037@notify.bestcase.com |
| MATTHEW K. FISSEL | on behalf of Creditor Mission Servicing Residential Inc. bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

*Form OL241* (3/23)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  )
   Matthew Delre  )  Case No. 25−14069−pmm
  )
  )
  Debtor(s).  )  Chapter: 13
  )
  )

## ORDER

    AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated October 8, 2025, this case is hereby DISMISSED.

**Date: October 24, 2025**

Patricia M. Mayer
Judge, United States Bankruptcy Court

Missing Documents:
Atty. Disclosure Statement
Ch. 13 Statement of your current monthly income & calculation of commitment period form 122C−1
Means test calculation form 122C−2
Ch. 13 plan
Schedules AB−J
Statement of financial affairs
Summary of assets & liabilities